UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUA NELLY LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-01419-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(Doc. 13) |

    Plaintiff Oua Nelly Lee ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Docs. 1). On November 28, 2023, Defendant lodged the administrative record to this Court. (Doc. 11).

    Pending before the Court is the parties' stipulation for order extending from December 28, 2023, to February 26, 2024, the time within which Plaintiff shall file an opening brief. (Doc. 13).

    For the reasons set forth in the stipulation, and for good cause appearing, IT IS HEREBY ORDERED:

    1. Plaintiff shall an opening brief by February 26, 2024; and

/ / /

/ / /

1

2. The timeliness for Defendant's filing of any cross-motion or opposition brief and Plaintiff's optional reply brief shall be governed by the Court's scheduling order. (Doc. 4).

IT IS SO ORDERED.

Dated: __December 14, 2023__   _____
UNITED STATES MAGISTRATE JUDGE