UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUA NELLY LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-01419-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 23) |

　　　　Pending before the Court is the parties' stipulated request to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, filed April 23, 2024.  (Doc. 23).

　　　　Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

　　　　1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

　　　　2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge for a new decision in accordance with the parties' stipulation (Doc. 23); and

/ / /

/ / /

/ / /

3.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:  **April 24, 2024**

UNITED STATES MAGISTRATE JUDGE